JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NATHAN ESCALANTE, | ) Case No. CV 19-5563-RSWL (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| | ) |
| JIM ROBERTSON, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 5, 2021

RONALD S.W. LEW
U.S. DISTRICT JUDGE